[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 4, 2011
JOHN LEY
CLERK

No. 10-12478
Non-Argument Calendar

_____

D.C. Docket No. 6:08-cr-00217-JA-DAB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DWAYNE A. THOMPSON,
a.k.a. Lester Leonard Moore,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 4, 2011)

Before BARKETT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Joseph R. Johnson, appointed counsel for Dwayne A. Thompson in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Thompson's convictions and sentences are **AFFIRMED**.